UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEON TURNER,

    *Petitioner*,

v.                                       Civil Action No. 24-cv-3452 (ABJ)

WILLIAM BAILEY,

    *Respondent*.

**MEMORANDUM OPINION**

This matter is before the Court on petitioner's application to proceed *in forma pauperis* and *pro se* petition for a writ of habeas corpus. Petitioner, who is serving a sentence imposed by the Circuit Court of Maryland for Talbot County, currently is incarcerated at the Eastern Correctional Institution in Westover, Maryland. Generally, petitioner challenges his conviction and sentence, and demands immediate release from custody.

Federal court review of State court convictions is available under 28 U.S.C. § 2254 only after the exhaustion of available State remedies. 28 U.S.C. § 2254(b)(1). Thereafter, "an application for a writ of habeas corpus [ ] made by a person in custody under the judgment and sentence of a State court . . . may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). Even if petitioner had exhausted available remedies under State law, because he has been convicted and sentenced in Maryland, this matter may not proceed in the District of Columbia.

1

2

For the foregoing reasons, the Court will grant the application to proceed *in forma pauperis* and dismiss the habeas petition without prejudice. An Order is issued separately.

/s/
AMY BERMAN JACKSON
United States District Judge

DATE: December 31, 2024